UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ELLIS JONES,

        Plaintiff,        Case No. 1:15-cv-252

v.        Honorable Paul L. Maloney

J. DRAL et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  April 2, 2015           /s/ Paul L.  Maloney
        Paul L. Maloney
        Chief United States District Judge